## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JOHN REPKO,

                Plaintiffs,

v.                                             Case No. 10-CV-2278 MLB/KMH

KLC, INC. and FRED KIPP,

                Defendants.

## **ANSWER**

**COME NOW** the defendants, Fred Kipp and KLC, Inc., and for their answer to plaintiff's Complaint, allege and state as follows:

1. Defendants deny each and every allegation of plaintiff's Complaint except those allegations specifically admitted herein.

2. Defendants are without sufficient knowledge to admit or deny the allegations contained in ¶ 1 of plaintiff's Complaint and for that reason denies same.

3. In response to ¶ 2 of plaintiff's Complaint, Defendant KLC, Inc., admits that it is a Kansas corporation.

4. Paragraph 3 of plaintiff's Complaint is admitted.

5. Paragraph 4 of plaintiff's Complaint is admitted.

T0392546.WPD

6. In response to ¶ 5 of plaintiff's Complaint, defendants admit that they reside in Kansas and that the events giving rise to the plaintiff's claim occurred in Johnson County, Kansas. Defendants are without sufficient knowledge to admit or deny whether there is complete diversity of citizen between the parties.

7. Paragraph 6 of plaintiff's Complaint is admitted.

8. In response to ¶ 7 of plaintiff's Complaint, defendants admit the first sentence of that numbered paragraph. Further answering, defendants deny that Fred Kipp was operating the pick-up truck in the course and scope of his employment with KLC, Inc., but rather states that Fred Kipp was on his way to mass at a nearby church.

9. In response to ¶ 8 of plaintiff's Complaint, defendants admit that Fred Kipp was making a lefthand turn into the church driveway at the intersection of 119th Street and Mission Road when the accident occurred. The remaining allegations of ¶ 8 are denied.

10. Defendants deny ¶ 9 of plaintiff's Complaint.

11. Defendants deny ¶ 10 of plaintiff's Complaint. Defendant Kipp was on his way to mass at the nearby church.

12. In response to ¶ 11 of plaintiff's Complaint, defendants deny the allegations of negligence against defendants. Defendants are without sufficient knowledge to admit or deny the various damages claims set forth in ¶ 11 of plaintiff's Complaint.

13. In response to ¶ 13 of plaintiff's Complaint, defendants deny allegations of negligence as set forth in said paragraph. Further answering, defendants state that they are without sufficient knowledge to admit or deny the various damages allegations set forth in ¶ 13.

14. Defendants deny ¶¶ 14 and 15 of plaintiff's Complaint.

15. In response to ¶¶ 17 and 18 of plaintiff's Complaint, defendants state that they are without sufficient knowledge to admit or deny the allegations of ¶¶ 17 or 18 and for that reason deny same.

16. If plaintiff suffered any damages as alleged in plaintiff's Complaint, such damages were proximately caused or contributed to by the negligent acts and omissions of plaintiff. The fault of plaintiff must be compared pursuant to K.S.A. 60-258a. Plaintiff's fault bars any recovery in this lawsuit.

17. Defendants deny the nature and extent of injuries and damages as alleged by plaintiff.

18. K.S.A. 60-19a02 is applicable hereto in limiting all claims of plaintiff for non-economic loss.

19. Defendants deny subject matter jurisdiction exists in this lawsuit.

20. Defendants reserve the right to plead additional affirmative defenses as may be revealed in the course of discovery.

**WHEREFORE**, defendants pray that plaintiff take nothing against them by plaintiff's Complaint, and that these defendants be granted judgment for costs.

## DEMAND FOR JURY TRIAL

Defendants, Fred Kipp & KLC, Inc., demand all appropriate fact issues be tried to a jury.

**FISHER, PATTERSON, SAYLER & SMITH, LLP**
3550 S.W. 5th Street - P. O. Box 949
Topeka, Kansas  66601-0949
Office:  (785) 232-7761; Fax: (785) 232-6604
E-Mail:    lpepperdine@fisherpatterson.com
                sfabert@fisherpatterson.com


**s/Larry G. Pepperdine**
Larry G. Pepperdine                                              #07490
Steve R. Fabert                                                     #10355
**Attorneys for Defendants**


## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2010, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Lynne Jaben Bratcher, #70502 | R. Craig Ewing |
| Marie L. Gockel, #12591 | EWING & EWING, P.C. |
| Kristi L. Kingston, #19126 | 3601 S. Pennsylvania Street |
| BRATCHER GOCKEL & KINGSTON, L.C. | Englewood, Colorado  80113 |
| 1935 City Center Square | Email:  rcraigewing@aol.com |
| 1100 Main Street - P.O. Box 26156 | |
| Kansas City, Missouri  64196 | |
| Email:  lynne@bgklawyers.com | |
|             marie@bgklawyers.com | |
|             kristi@bgklawyers.com | |

**ATTORNEYS FOR PLAINTIFF**

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  no one.


**s/Larry G. Pepperdine**
Larry G. Pepperdine

LP85.28086